All jurors who agree to the above must sign below.

dential value. The judgment is affirmed in accordance with Rule 84.16(b).

**Elbert A. WALTON, Jr.,
Plaintiff–Appellant,**

v.

**OMEGA PSI PHI FRATERNITY, INC.,
Defendant–Respondent.**

No. 51153.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 15, 1988.

Elbert A. Walton, St. Louis, for plaintiff-appellant.

Melvin C. Zeno, pro se.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment denying plaintiff recovery for alleged services rendered and attorneys' fees. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would have no prece-